**Electronically Filed
Supreme Court
SCPW-25-0000863
13-MAY-2026
09:31 AM
Dkt. 11 ODDP**

SCPW-25-0000863

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MICHELLE IGARASHI and CLYDE IGARASHI, Petitioners,

vs.

THE HONORABLE KARIN L. HOLMA,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR HARBORVIEW
MORTGAGE LOAN TRUST 2006-14, Respondent.

_____

ORIGINAL PROCEEDING
(CAAP-24-0000670; CASE NO. 1CC171000618)

ORDER DENYING PETITION AND MOTION FOR STAY
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Tomasa, assigned by reason of vacancy)

Upon consideration of the petition for writs of mandamus

and prohibition filed December 11, 2025, the motion for stay

filed December 11, 2025, and the record, Petitioners have not

demonstrated a clear and indisputable right to relief.  See

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

Nor have Petitioners shown that a stay is warranted.  See Stop Rail Now v. DeCosta, 120 Hawaiʻi 238, 243, 203 P.3d 658, 663 (App. 2008).

It is ordered that the petition and motion for stay are denied.

DATED:  Honolulu, Hawaiʻi, May 13, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Taryn R. Tomasa